UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MARIA DEVERANT | : |
| v. | : No. 02-CV-2801 |
| SELECTIVE INSURANCE COMPANY | : |

### ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Defendant, **SELECTIVE INSURANCE COMPANY**, in the above-captioned matter.

*Marshall, Dennehey, Warner,*
*Coleman & Goggin*

By:_____
*Daniel D. Krebbs, Esquire*
*Attorney for Defendant*
*Selective Insurance Company.*

Date: _____
\01_21\LIAB\DDK\LLPG\345572\KSZ\15036\00113