IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA DEVERANT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE CO., INC. | : | NO. 02-cv-3801-EL |

**O R D E R**

AND NOW, this 18th day of September, 2002, upon conference:

- Defendant to send letter to plaintiff outlining authority for position by September 29, 2002
- Defendant to file dispositive motion by November 15, 2002.

_____
Edmund V. Ludwig, J.