IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA DEVERANT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE CO., INC. | : | NO. 02-cv-3801-EL |

**O R D E R**

AND NOW, this 13th day of January, 2003, in accordance with Memorandum and Order dated January 7, 2003, defendant's motion to dismiss is moot.

Edmund V. Ludwig, J.