IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA DEVERANT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECTIVE INSURANCE CO., INC. | : | NO. 02-cv-3801-EL |

**N O T I C E**

AND NOW, this 25th day of February, 2003, a Rule 16 conference will be held on Thursday, March 20, 2003 at 11:00 a.m. in chambers, Room 12614.

cc: 2/25/03 (KC)

Joseph T. Kelley, Esq. (mail)
Patrick G. Murphy, Esq. (mail)
Daniel D. Krebs, Esq. (mail)
Gerald J. Nielsen, Esq. (FAX)
John D. Carter, Esq. (mail)

ATTEST:                                BY THE COURT:

_____                _____
Kathryne M. Crispell                   Edmund V. Ludwig, J.
Deputy Clerk