IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARIA DEVERANT                    :              CIVIL ACTION
                                  :
              v.                  :
                                  :
SELECTIVE INSURANCE CO., INC.     :              NO. 02-cv-3801-EL

**N O T I C E**

AND NOW, this 1st day of April, 2003, the Rule 16 conference previously scheduled for March 20, 2003 is rescheduled for Tuesday, April 8, 2003 at 11:30 a.m. in chambers, Room 12614.


cc: 4/1/03 (KC)

Joseph T. Kelley, Esq. (mail)
Patrick G. Murphy, Esq. (mail)
Daniel D. Krebs, Esq. (mail)
Gerald J. Nielsen, Esq. (FAX)
John D. Carter, Esq. (mail)


ATTEST:                                  BY THE COURT:


_____          _____
Kathryne M. Crispell              Edmund V. Ludwig, J.
Deputy Clerk