IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA DEVERANT | : | CIVIL ACTION |
| v. | : | |
| SELECTIVE INSURANCE CO., INC. | : | NO. 02-cv-3801-EL |

**N O T I C E**

AND NOW, this 3rd day of June, 2003, oral argument on defendant's motion to dismiss will be held on Wednesday, June 18, 2003 at 11:00 a.m., Courtroom 12-A.

See attached standing order for oral argument.

cc: 6/3/03 (KC)

Joseph T. Kelley, Esq. (mail)
Patrick G. Murphy, Esq. (mail)
Daniel D. Krebs, Esq. (mail)
Gerald J. Nielsen, Esq. (FAX)
John D. Carter, Esq. (mail)

ATTEST:                              BY THE COURT:

_____          _____
Kathryne M. Crispell                 Edmund V. Ludwig, J.
Deputy Clerk