**SOP on Oral Argument**
    **Judge Ludwig**

1.  Each party shall have 15 minutes to present argument unless more time is allocated.  A portion of time may be reserved for rebuttal.

2.  The parties shall submit a joint summary of the issues and their arguments at least three (3) days before the argument date.  Ordinarily, a summary of the issues and of each party's argument should be set forth on a separate page.

                                        Judge Edmund V. Ludwig

(SO-OA - 1-90; 11-95)