IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ray Wolf | | Kathryne M. Crispell |
| ESR/Court Reporter | | Deputy Clerk |

| | | |
|---|---|---|
| MARIA DEVERANT | : | Joseph T. Kelley, Jr. |
| vs. | : | CV NO. 02-cv-03801-EL |
| SELECTIVE INSURANCE CO. | : | Gerald J. Nielsen |
| | | Daniel D. Krebbs |
| | : | |

## MINUTE SHEET

BEFORE JUDGE EDMUND V. LUDWIG   DATE June 18, 2003   TIME 11:30 A.M.

ORAL ARGUMENT

_____
**PROCEEDING**

re: Defendant's motion to dismiss.

Judge questions counsel.

Mr. Kelly argues on behalf of the plaintiff.

Mr. Nielsen argues on behalf of the defendant.

Ruling: held under advisement.

Court adjourned at 12:10 P.M.   To reconvene -----

IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.
   SPEEDY TRIAL ACT DELAY CODE( )     [ ] The Court deems this case "UNTRIABLE"

**TOTAL TIME IN COURT :  40 minutes**
rev. 5/2003